**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1100**

CHARLES MONTE ROYALL,

              Plaintiff - Appellant,

        v.

CENTRALCARE INCORPORATED,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:18-cv-00127-AJT-JFA)

Submitted: May 23, 2019                          Decided: May 28, 2019

Before KING and RICHARDSON, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles Monte Royall, Appellant Pro Se. Declan C. Leonard, BERENZWEIG LEONARD, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Monte Royall appeals the district court's order denying his motion to reconsider the dismissal of his employment discrimination action as settled. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Royall v. CentralCare Inc.,* No. 1:18-cv-00127-AJT-JFA (E.D. Va. Jan. 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*